| # | Case Number | Client Name | DOB (of injured party) | State of Residence | Zip Code | Home Venue (District Court) | Direct Exposure to AFFF | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injuries | Cause of Action |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2:25-cv-11294-RMG | Abascal, Alejandro | 12/20/1977 | FL | 33133 | Florida Southern District Court | No | Yes | No | Testicular Cancer | I-IX |
| 2 | 2:25-cv-11294-RMG | Adams, Joel | 5/29/1971 | FL | 32208 | Florida Middle District Court | No | Yes | No | Kidney Cancer | I-IX |
| 3 | 2:25-cv-11294-RMG | Albanese, Sherrill | 1/23/1951 | FL | 32773 | Florida Middle District Court | No | Yes | No | Kidney Cancer | I-IX |
| 4 | 2:25-cv-11294-RMG | Alpert, Lois | 11/26/1949 | FL | 32746 | Florida Middle District Court | No | Yes | No | Ulcerative Colitis | I-IX |
| 5 | 2:25-cv-11294-RMG | Anderson, Kris | 11/24/1960 | FL | 32826 | Florida Middle District Court | No | Yes | No | Kidney Cancer | I-IX |
| 6 | 2:25-cv-11294-RMG | Andrews, Jayne | 2/24/1958 | FL | 32259 | Florida Middle District Court | No | Yes | No | Kidney Cancer | I-IX |
| 7 | 2:25-cv-11294-RMG | Arcidiacono, Christine | 4/11/1953 | FL | 32128 | Florida Middle District Court | No | Yes | No | Ulcerative Colitis | I-IX |
| 8 | 2:25-cv-11294-RMG | Bain, Destiny | 6/12/1973 | FL | 33063 | Florida Southern District Court | No | Yes | No | Ulcerative Colitis | I-IX |
| 9 | 2:25-cv-11294-RMG | Ballarin, Harold | 3/6/1975 | FL | 33141 | Florida Southern District Court | No | Yes | No | Kidney Cancer | I-IX |
| 10 | 2:25-cv-11294-RMG | Bassett, Gregory W | 8/29/1979 | FL | 32955 | Florida Middle District Court | No | Yes | No | Testicular Cancer | I-IX |
| 11 | 2:25-cv-11294-RMG | Benson, Troy | 8/30/1966 | FL | 32566 | Florida Northern District Court | No | Yes | No | Ulcerative Colitis | I-IX |
| 12 | 2:25-cv-11294-RMG | Black, Ryan | 4/5/1976 | FL | 33414 | Florida Southern District Court | No | Yes | No | Kidney Cancer | I-IX |
| 13 | 2:25-cv-11294-RMG | Blackman, Jamie | 1/6/1959 | FL | 33993 | Florida Middle District Court | No | Yes | No | Kidney Cancer | I-IX |
| 14 | 2:25-cv-11294-RMG | Bolar, Keith | 6/23/1974 | FL | 32903 | Florida Middle District Court | No | Yes | No | Kidney Cancer | I-IX |
| 15 | 2:25-cv-11294-RMG | Bonomolo, Robert | 8/1/1965 | FL | 33437 | Florida Southern District Court | No | Yes | No | Ulcerative Colitis | I-IX |
| 16 | 2:25-cv-11294-RMG | Borak, Robert | 5/1/1960 | FL | 34711 | Florida Middle District Court | No | Yes | No | Kidney Cancer | I-IX |
| 17 | 2:25-cv-11294-RMG | Bradbury, Douglas | 3/9/1959 | FL | 33158 | Florida Southern District Court | No | Yes | No | Kidney Cancer | I-IX |
| 18 | 2:25-cv-11294-RMG | Breland, Thomas | 1/28/1970 | FL | 32250 | Florida Middle District Court | No | Yes | No | Ulcerative Colitis | I-IX |
| 19 | 2:25-cv-11294-RMG | Brock, Richard | 6/25/1949 | FL | 34429 | Florida Middle District Court | No | Yes | No | Kidney Cancer | I-IX |
| 20 | 2:25-cv-11294-RMG | Brown, Holly | 12/26/1973 | FL | 32244 | Florida Middle District Court | No | Yes | No | Kidney Cancer | I-IX |
| 21 | 2:25-cv-11294-RMG | Bryant, LaTonya | 10/23/1973 | FL | 32343 | Florida Northern District Court | No | Yes | No | Kidney Cancer | I-IX |
| 22 | 2:25-cv-11294-RMG | Bynaker, Larry | 9/22/1984 | FL | 34747 | Florida Middle District Court | No | Yes | No | Ulcerative Colitis | I-IX |
| 23 | 2:25-cv-11294-RMG | Campos, Barbara | 1/7/1964 | FL | 33629 | Florida Middle District Court | No | Yes | No | Ulcerative Colitis | I-IX |
| 24 | 2:25-cv-11294-RMG | Carvajal, Jorge | 7/24/1978 | FL | 33028 | Florida Southern District Court | No | Yes | No | Testicular Cancer | I-IX |
| 25 | 2:25-cv-11294-RMG | Casale, Helen | 10/22/1970 | FL | 32714 | Florida Middle District Court | No | Yes | No | Kidney Cancer | I-IX |
| 26 | 2:25-cv-11294-RMG | Centeno, Eulalio | 11/15/1974 | FL | 32829 | Florida Middle District Court | No | Yes | No | Ulcerative Colitis | I-IX |
| 27 | 2:25-cv-11294-RMG | Chapman, Shellie | 9/15/1977 | FL | 32935 | Florida Middle District Court | No | Yes | No | Ulcerative Colitis | I-IX |
| 28 | 2:25-cv-11294-RMG | Cooley, James | 4/12/1964 | FL | 33617 | Florida Middle District Court | No | Yes | No | Ulcerative Colitis | I-IX |
| 29 | 2:25-cv-11294-RMG | Coronado, Harold | 8/4/1977 | FL | 34759 | Florida Middle District Court | No | Yes | No | Ulcerative Colitis | I-IX |
| 30 | 2:25-cv-11294-RMG | Cox, Thomas | 11/18/1983 | FL | 34637 | Florida Middle District Court | No | Yes | No | Ulcerative Colitis | I-IX |
| 31 | 2:25-cv-11294-RMG | Cunningham, Richard | 12/9/1957 | FL | 34275 | Florida Middle District Court | No | Yes | No | Ulcerative Colitis | I-IX |
| 32 | 2:25-cv-11294-RMG | Davis, William | 4/19/1964 | FL | 32712 | Florida Middle District Court | No | Yes | No | Kidney Cancer | I-IX |
| 33 | 2:25-cv-11294-RMG | Dedes, Robert | 7/31/1979 | FL | 32127 | Florida Middle District Court | No | Yes | No | Kidney Cancer | I-IX |
| 34 | 2:25-cv-11294-RMG | Delgado, Chasity | 2/16/1998 | FL | 32829 | Florida Middle District Court | No | Yes | No | Kidney Cancer | I-IX |
| 35 | 2:25-cv-11294-RMG | Dennis, Ronald | 12/25/1960 | FL | 33897 | Florida Middle District Court | No | Yes | No | Kidney Cancer | I-IX |
| 36 | 2:25-cv-11294-RMG | Dillard, David | 10/10/1949 | CA | 90034 | California Central District Court | No | Yes | No | Kidney Cancer | I-IX |
| 37 | 2:25-cv-11294-RMG | Edens, Michael | 7/29/1950 | FL | 33954 | Florida Middle District Court | No | Yes | No | Ulcerative Colitis | I-IX |
| 38 | 2:25-cv-11294-RMG | Edwards, Perry | 2/16/1953 | FL | 32226 | Florida Middle District Court | No | Yes | No | Kidney Cancer | I-IX |
| 39 | 2:25-cv-11294-RMG | Erzak Jr., Alfred Joseph | 12/3/1953 | FL | 34109 | Florida Middle District Court | No | Yes | No | Kidney Cancer | I-IX |
| 40 | 2:25-cv-11294-RMG | Etheridge, Larry | 4/8/1948 | FL | 32901 | Florida Middle District Court | No | Yes | No | Ulcerative Colitis | I-IX |
| 41 | 2:25-cv-11294-RMG | Fenn, Jennifer | 7/17/1982 | FL | 34711 | Florida Middle District Court | No | Yes | No | Ulcerative Colitis | I-IX |
| 42 | 2:25-cv-11294-RMG | Fetzer, Katherine | 7/7/1963 | FL | 32901 | Florida Middle District Court | No | Yes | No | Ulcerative Colitis | I-IX |
| 43 | 2:25-cv-11294-RMG | Flanagan, Matthew | 11/5/1967 | FL | 33433 | Florida Southern District Court | No | Yes | No | Testicular Cancer | I-IX |
| 44 | 2:25-cv-11294-RMG | Flores-Pizarro, Roberto | 8/1/1952 | FL | 32817 | Florida Middle District Court | No | Yes | No | Ulcerative Colitis | I-IX |
| 45 | 2:25-cv-11294-RMG | Fontoura, Julio | 9/26/1969 | FL | 33312 | Florida Southern District Court | No | Yes | No | Testicular Cancer | I-IX |
| 46 | 2:25-cv-11294-RMG | Fuchs, Arthur | 3/23/1947 | FL | 33446 | Florida Middle District Court | No | Yes | No | Kidney Cancer | I-IX |
| 47 | 2:25-cv-11294-RMG | Garton, Anthony | 11/29/1989 | FL | 34610 | Florida Middle District Court | No | Yes | No | Testicular Cancer | I-IX |
| 48 | 2:25-cv-11294-RMG | Gasperoni, Anna | 8/25/1954 | FL | 34769 | Florida Middle District Court | No | Yes | No | Kidney Cancer | I-IX |
| 49 | 2:25-cv-11294-RMG | Gilman, Lawrence | 9/6/1942 | CA | 92620 | California Central District Court | No | Yes | No | Kidney Cancer | I-IX |
| 50 | 2:25-cv-11294-RMG | Giordano, Rosaria | 9/9/1967 | FL | 34758 | Florida Middle District Court | No | Yes | No | Kidney Cancer | I-IX |
| 51 | 2:25-cv-11294-RMG | Giorgi, Anthony | 3/9/1992 | FL | 32952 | Florida Middle District Court | No | Yes | No | Ulcerative Colitis | I-IX |
| 52 | 2:25-cv-11294-RMG | Gistelinck, Peter | 4/23/1962 | CT | 06902 | New York Southern District Court | No | Yes | No | Kidney Cancer | I-IX |
| 53 | 2:25-cv-11294-RMG | Glover, Avis | 9/14/1977 | FL | 32811 | Florida Middle District Court | No | Yes | No | Ulcerative Colitis | I-IX |
| 54 | 2:25-cv-11294-RMG | Gobleck, Alyssa Marie | 10/11/1997 | MD | 20832 | Maryland District Court | No | Yes | No | Ulcerative Colitis | I-IX |
| 55 | 2:25-cv-11294-RMG | Green, Nilda Sepulveda | 5/23/1953 | FL | 33484 | Florida Southern District Court | No | Yes | No | Kidney Cancer | I-IX |
| 56 | 2:25-cv-11294-RMG | Greene, Pamela | 11/4/1959 | PA | 15003 | Pennsylvania Western District Court | No | Yes | No | Kidney Cancer | I-IX |
| 57 | 2:25-cv-11294-RMG | Hahn, Charles | 11/25/1949 | FL | 32046 | Florida Middle District Court | No | Yes | No | Kidney Cancer | I-IX |
| 58 | 2:25-cv-11294-RMG | Halbert, Roger | 2/28/1957 | FL | 33913 | Florida Middle District Court | No | Yes | No | Kidney Cancer | I-IX |
| 59 | 2:25-cv-11294-RMG | Hartigan, Matt | 11/4/1959 | FL | 33761 | Florida Middle District Court | No | Yes | No | Kidney Cancer | I-IX |
| 60 | 2:25-cv-11294-RMG | Hedrick, Walter Grant | 4/4/1944 | AL | 36532 | Alabama Southern District Court | No | Yes | No | Kidney Cancer | I-IX |
| 61 | 2:25-cv-11294-RMG | Heers, Matthew | 7/5/1978 | FL | 32712 | Florida Middle District Court | No | Yes | No | Testicular Cancer | I-IX |
| 62 | 2:25-cv-11294-RMG | Hendrix, Frank | 8/28/1957 | FL | 32535 | Florida Northern District Court | No | Yes | No | Kidney Cancer | I-IX |
| 63 | 2:25-cv-11294-RMG | Herring, Tony B | 9/2/1966 | FL | 32333 | Florida Northern District Court | No | Yes | No | Kidney Cancer | I-IX |
| 64 | 2:25-cv-11294-RMG | Hesglin, Lindsay | 11/19/1983 | FL | 32459 | Florida Northern District Court | No | Yes | No | Ulcerative Colitis | I-IX |
| 65 | 2:25-cv-11294-RMG | Holley, Darryl Anthony | 10/21/1960 | MO | 63136 | Missouri Eastern District Court | No | Yes | No | Kidney Cancer | I-IX |
| 66 | 2:25-cv-11294-RMG | Holt, Austin | 1/27/2001 | FL | 32117 | Florida Middle District Court | No | Yes | No | Ulcerative Colitis | I-IX |
| 67 | 2:25-cv-11294-RMG | Homer Sr, John | 10/3/1942 | FL | 33196 | Florida Southern District Court | No | Yes | No | Kidney Cancer | I-IX |
| 68 | 2:25-cv-11294-RMG | Hurtado, Diego | 4/30/1961 | FL | 33196 | Florida Southern District Court | No | Yes | No | Kidney Cancer | I-IX |
| 69 | 2:25-cv-11294-RMG | Isaacs, Robert | 10/15/1975 | FL | 32159 | Florida Middle District Court | No | Yes | No | Ulcerative Colitis | I-IX |
| 70 | 2:25-cv-11294-RMG | James, Outha | 8/3/1954 | FL | 33525 | Florida Middle District Court | No | Yes | No | Testicular Cancer | I-IX |
| 71 | 2:25-cv-11294-RMG | Jones, Debora | 9/16/1963 | FL | 33309 | Florida Southern District Court | No | Yes | No | Ulcerative Colitis | I-IX |
| 72 | 2:25-cv-11294-RMG | Kennerson, Duane | 8/15/1973 | FL | 32164 | Florida Middle District Court | No | Yes | No | Testicular Cancer | I-IX |
| 73 | 2:25-cv-11294-RMG | Kessler, Randy | 10/5/1954 | WI | 53051 | Wisconsin Eastern District Court | No | Yes | No | Kidney Cancer | I-IX |
| 74 | 2:25-cv-11294-RMG | Klair, Amy Michelle | 8/31/1972 | MD | 21921 | Maryland District Court | No | Yes | No | Ulcerative Colitis | I-IX |
| 75 | 2:25-cv-11294-RMG | Klodner, Adam | 7/10/1973 | FL | 33486 | Florida Southern District Court | No | Yes | No | Kidney Cancer | I-IX |
| 76 | 2:25-cv-11294-RMG | Kollman, Sandra | 2/16/1970 | FL | 34711 | Florida Middle District Court | No | Yes | No | Kidney Cancer | I-IX |
| 77 | 2:25-cv-11294-RMG | Kosimtsev, Sergey Viktorvich | 2/22/1957 | FL | 33009 | Florida Southern District Court | No | Yes | No | Kidney Cancer | I-IX |
| 78 | 2:25-cv-11294-RMG | Landgrebe, Neil | 9/29/1956 | FL | 32176 | Florida Middle District Court | No | Yes | No | Kidney Cancer | I-IX |
| 79 | 2:25-cv-11294-RMG | Langston, Michael | 3/7/1993 | FL | 34203 | Florida Middle District Court | No | Yes | No | Kidney Cancer | I-IX |
| 80 | 2:25-cv-11294-RMG | Lanzillo, Pasquale | 3/4/1960 | FL | 33325 | Florida Southern District Court | No | Yes | No | Testicular Cancer | I-IX |
| 81 | 2:25-cv-11294-RMG | Lawrence, Nadine | 8/19/1970 | FL | 33027 | Florida Southern District Court | No | Yes | No | Ulcerative Colitis | I-IX |
| 82 | 2:25-cv-11294-RMG | Leatherwood, Rick | 8/18/1967 | FL | 33623 | Florida Middle District Court | No | Yes | No | Kidney Cancer | I-IX |
| 83 | 2:25-cv-11294-RMG | Light, Troy | 10/21/1969 | KY | 40258 | Kentucky Western District Court | No | Yes | No | Testicular Cancer | I-IX |
| 84 | 2:25-cv-11294-RMG | Lind, Sandy | 7/12/1993 | FL | 32114 | Florida Middle District Court | No | Yes | No | Ulcerative Colitis | I-IX |
| 85 | 2:25-cv-11294-RMG | Lionti, Victoria | 2/8/1948 | FL | 34119 | Florida Middle District Court | No | Yes | No | Kidney Cancer | I-IX |
| 86 | 2:25-cv-11294-RMG | Lynn, Earl | 4/27/1941 | FL | 32784 | Florida Middle District Court | No | Yes | No | Testicular Cancer | I-IX |
| 87 | 2:25-cv-11294-RMG | Mages, Matthew | 10/21/1976 | FL | 34654 | Florida Middle District Court | No | Yes | No | Kidney Cancer | I-IX |
| 88 | 2:25-cv-11294-RMG | Malec, Catherine | 9/4/1948 | FL | 32159 | Florida Middle District Court | No | Yes | No | Kidney Cancer | I-IX |
| 89 | 2:25-cv-11294-RMG | Martin, Debra | 7/15/1957 | NY | 10312 | New York Eastern District Court | No | Yes | No | Kidney Cancer | I-IX |
| 90 | 2:25-cv-11294-RMG | Maveragames, Cheryl | 4/7/1956 | FL | 33325 | Florida Southern District Court | No | Yes | No | Ulcerative Colitis | I-IX |
| 91 | 2:25-cv-11294-RMG | Mccumber, Jack | 3/19/1956 | FL | 33024 | Florida Southern District Court | No | Yes | No | Testicular Cancer | I-IX |
| 92 | 2:25-cv-11294-RMG | McDaniel, Sherrol | 8/23/1948 | FL | 33624 | Florida Middle District Court | No | Yes | No | Kidney Cancer | I-IX |

| # | Case | Name | DOB | State | Zip | Court | Col1 | Col2 | Col3 | Condition | Range |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 93 | 2:25-cv-11294-RMG | Mellor, Kent | 7/26/1949 | FL | 32210 | Florida Middle District Court | No | Yes | No | Kidney Cancer | I-IX |
| 94 | 2:25-cv-11294-RMG | Mills, Samuel | 7/3/1993 | FL | 32060 | Florida Middle District Court | No | Yes | No | Ulcerative Colitis | I-IX |
| 95 | 2:25-cv-11294-RMG | Molter, Gordon | 4/24/1951 | FL | 32258 | Florida Middle District Court | No | Yes | No | Kidney Cancer | I-IX |
| 96 | 2:25-cv-11294-RMG | Morgan, John | 2/1/1964 | CA | 95366 | California Eastern District Court | No | Yes | No | Testicular Cancer | I-IX |
| 97 | 2:25-cv-11294-RMG | Mursuli, Juan | 6/3/1959 | FL | 34690 | Florida Middle District Court | No | Yes | No | Kidney Cancer | I-IX |
| 98 | 2:25-cv-11294-RMG | Napoletano, Christopher V | 12/26/1972 | FL | 32168 | Florida Middle District Court | No | Yes | No | Kidney Cancer | I-IX |
| 99 | 2:25-cv-11294-RMG | Pabon, Julissa | 3/3/1978 | FL | 32068 | Florida Middle District Court | No | Yes | No | Ulcerative Colitis | I-IX |
| 100 | 2:25-cv-11294-RMG | Papa, Albert | 12/21/1944 | FL | 33912 | Florida Middle District Court | No | Yes | No | Kidney Cancer | I-IX |
| 101 | 2:25-cv-11294-RMG | Pascual, Luis | 1/23/1978 | FL | 32257 | Florida Middle District Court | No | Yes | No | Testicular Cancer | I-IX |
| 102 | 2:25-cv-11294-RMG | Pasko Jr, Richard | 8/7/1978 | NJ | 07067 | New Jersey District Court | No | Yes | No | Kidney Cancer | I-IX |
| 103 | 2:25-cv-11294-RMG | Peludat, Jennifer | 7/6/1968 | FL | 32127 | Florida Middle District Court | No | Yes | No | Ulcerative Colitis | I-IX |
| 104 | 2:25-cv-11294-RMG | Pena, Henry | 12/11/1978 | FL | 33326 | Florida Southern District Court | No | Yes | No | Kidney Cancer | I-IX |
| 105 | 2:25-cv-11294-RMG | Perry, Gregory | 9/21/1944 | FL | 33983 | Florida Middle District Court | No | Yes | No | Kidney Cancer | I-IX |
| 106 | 2:25-cv-11294-RMG | Phillips, Anna | 7/14/1961 | FL | 34953 | Florida Middle District Court | No | Yes | No | Ulcerative Colitis | I-IX |
| 107 | 2:25-cv-11294-RMG | Pickel, Joel | 8/1/1984 | FL | 32922 | Florida Middle District Court | No | Yes | No | Kidney Cancer | I-IX |
| 108 | 2:25-cv-11294-RMG | Pollux, Zoe | 5/17/1994 | FL | 32804 | Florida Middle District Court | No | Yes | No | Ulcerative Colitis | I-IX |
| 109 | 2:25-cv-11294-RMG | Prinz, Daniel | 5/30/1995 | FL | 33173 | Florida Southern District Court | No | Yes | No | Testicular Cancer | I-IX |
| 110 | 2:25-cv-11294-RMG | Puleo, Paul | 2/12/1948 | FL | 33498 | Florida Southern District Court | No | Yes | No | Ulcerative Colitis | I-IX |
| 111 | 2:25-cv-11294-RMG | Recio, Robin | 4/18/1966 | FL | 33565 | Florida Middle District Court | No | Yes | No | Kidney Cancer | I-IX |
| 112 | 2:25-cv-11294-RMG | Rhodes, Sharlene | 3/26/1968 | FL | 32124 | Florida Middle District Court | No | Yes | No | Ulcerative Colitis | I-IX |
| 113 | 2:25-cv-11294-RMG | Riccobene, Robert | 1/6/1957 | FL | 34685 | Florida Middle District Court | No | Yes | No | Ulcerative Colitis | I-IX |
| 114 | 2:25-cv-11294-RMG | Richardson, Joshua | 10/1/2004 | FL | 34711 | Florida Middle District Court | No | Yes | No | Ulcerative Colitis | I-IX |
| 115 | 2:25-cv-11294-RMG | Rife, Rosalie | 7/22/1953 | FL | 32112 | Florida Middle District Court | No | Yes | No | Kidney Cancer | I-IX |
| 116 | 2:25-cv-11294-RMG | Rivera, Mayra | 9/13/1954 | FL | 32822 | Florida Middle District Court | No | Yes | No | Ulcerative Colitis | I-IX |
| 117 | 2:25-cv-11294-RMG | Robinson, Michael | 6/7/1978 | FL | 33312 | Florida Southern District Court | No | Yes | No | Testicular Cancer | I-IX |
| 118 | 2:25-cv-11294-RMG | Rosas, Robert | 11/19/1995 | FL | 32304 | Florida Northern District Court | No | Yes | No | Testicular Cancer | I-IX |
| 119 | 2:25-cv-11294-RMG | Rothbart, Daniel | 2/6/1965 | FL | 33983 | Florida Middle District Court | No | Yes | No | Ulcerative Colitis | I-IX |
| 120 | 2:25-cv-11294-RMG | Roy, Sommer | 12/1/1977 | TX | 78634 | Texas Western District Court | No | Yes | No | Ulcerative Colitis | I-IX |
| 121 | 2:25-cv-11294-RMG | Rutherford, Kenneth | 7/29/1955 | FL | 32735 | Florida Middle District Court | No | Yes | No | Kidney Cancer | I-IX |
| 122 | 2:25-cv-11294-RMG | Schonfeld, Wayne | 8/29/1951 | FL | 33019 | Florida Southern District Court | No | Yes | No | Kidney Cancer | I-IX |
| 123 | 2:25-cv-11294-RMG | Seaman, Mark | 8/4/1960 | FL | 34756 | Florida Middle District Court | No | Yes | No | Testicular Cancer | I-IX |
| 124 | 2:25-cv-11294-RMG | Siaca, Christina | 2/11/1979 | FL | 32701 | Florida Middle District Court | No | Yes | No | Ulcerative Colitis | I-IX |
| 125 | 2:25-cv-11294-RMG | Siracuza, Luis | 1/1/1973 | FL | 34746 | Florida Middle District Court | No | Yes | No | Testicular Cancer | I-IX |
| 126 | 2:25-cv-11294-RMG | Sluyter, Alexander | 10/8/1987 | CA | 91381 | California Central District Court | No | Yes | No | Testicular Cancer | I-IX |
| 127 | 2:25-cv-11294-RMG | Smith, Bernard | 6/10/1968 | FL | 34470 | Florida Middle District Court | No | Yes | No | Kidney Cancer | I-IX |
| 128 | 2:25-cv-11294-RMG | Splawn, Kathryn | 5/30/1948 | FL | 34711 | Florida Middle District Court | No | Yes | No | Kidney Cancer | I-IX |
| 129 | 2:25-cv-11294-RMG | Srock, Charles | 9/1/1956 | FL | 32159 | Florida Middle District Court | No | Yes | No | Kidney Cancer | I-IX |
| 130 | 2:25-cv-11294-RMG | Stachowicz, Karen | 9/14/1966 | FL | 32137 | Florida Middle District Court | No | Yes | No | Kidney Cancer | I-IX |
| 131 | 2:25-cv-11294-RMG | Stachowicz, Michael | 8/11/1962 | FL | 32119 | Florida Middle District Court | No | Yes | No | Kidney Cancer | I-IX |
| 132 | 2:25-cv-11294-RMG | Stapp, Kelly Jay | 12/19/1960 | FL | 33759 | Florida Middle District Court | No | Yes | No | Kidney Cancer | I-IX |
| 133 | 2:25-cv-11294-RMG | Stephens, Sandra | 3/15/1944 | FL | 34652 | Florida Middle District Court | No | Yes | No | Ulcerative Colitis | I-IX |
| 134 | 2:25-cv-11294-RMG | Stevens, Richard | 4/11/1960 | FL | 32110 | Florida Middle District Court | No | Yes | No | Ulcerative Colitis | I-IX |
| 135 | 2:25-cv-11294-RMG | Talavera, Patricia | 8/28/1964 | FL | 33185 | Florida Southern District Court | No | Yes | No | Ulcerative Colitis | I-IX |
| 136 | 2:25-cv-11294-RMG | Tela, Robert | 1/6/1963 | FL | 34714 | Florida Middle District Court | No | Yes | No | Kidney Cancer | I-IX |
| 137 | 2:25-cv-11294-RMG | Thomas, Gary | 9/13/1948 | FL | 34452 | Florida Middle District Court | No | Yes | No | Ulcerative Colitis | I-IX |
| 138 | 2:25-cv-11294-RMG | Thorne, Ashley | 11/15/1984 | AL | 36301 | Alabama Middle District Court | No | Yes | No | Ulcerative Colitis | I-IX |
| 139 | 2:25-cv-11294-RMG | Thurlow, Chris | 8/25/1980 | FL | 33709 | Florida Middle District Court | No | Yes | No | Ulcerative Colitis | I-IX |
| 140 | 2:25-cv-11294-RMG | Todaro, Kevin John | 1/12/1993 | FL | 32832 | Florida Middle District Court | No | Yes | No | Testicular Cancer | I-IX |
| 141 | 2:25-cv-11294-RMG | Travert, Clement | 12/14/1986 | FL | 33315 | Florida Southern District Court | No | Yes | No | Ulcerative Colitis | I-IX |
| 142 | 2:25-cv-11294-RMG | Tuffland, Kimberly | 8/5/1970 | FL | 34232 | Florida Middle District Court | No | Yes | No | Ulcerative Colitis | I-IX |
| 143 | 2:25-cv-11294-RMG | Upton, Thomas | 3/15/1986 | FL | 32541 | Florida Northern District Court | No | Yes | No | Kidney Cancer | I-IX |
| 144 | 2:25-cv-11294-RMG | Valerio, Sonia | 5/5/1961 | FL | 32832 | Florida Middle District Court | No | Yes | No | Kidney Cancer | I-IX |
| 145 | 2:25-cv-11294-RMG | Vasta, Denise | 4/19/1962 | FL | 33321 | Florida Southern District Court | No | Yes | No | Kidney Cancer | I-IX |
| 146 | 2:25-cv-11294-RMG | Wallen, Walter | 9/7/1948 | FL | 32571 | Florida Northern District Court | No | Yes | No | Kidney Cancer | I-IX |
| 147 | 2:25-cv-11294-RMG | Weiner, Michael | 12/31/1945 | FL | 34668 | Florida Middle District Court | No | Yes | No | Ulcerative Colitis | I-IX |
| 148 | 2:25-cv-11294-RMG | Williams, Robert | 6/3/1974 | AL | 36507 | Alabama Southern District Court | No | Yes | No | Testicular Cancer | I-IX |
| 149 | 2:25-cv-11294-RMG | Woodbury, Joseph | 9/19/1960 | FL | 33764 | Florida Middle District Court | No | Yes | No | Kidney Cancer | I-IX |
| 150 | 2:25-cv-11294-RMG | Wright, Dale | 2/14/1952 | FL | 33176 | Florida Southern District Court | No | Yes | No | Ulcerative Colitis | I-IX |